UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC THOMAS,

                Plaintiff,

      v.

J.B. HUNT TRANSPORT, INC. and SEAN M. HAIRSTON,

                Defendants.

No. 24-CV-4584 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On October 15, 2024, counsel for Defendants filed a letter asserting that Plaintiff had not responded to its Interrogatories and Request for Production of Documents as required by Federal Rules of Civil Procedure 33 and 34. On October 16, 2024, the Court scheduled a telephonic conference for October 24, 2024 at 2:00 p.m. Counsel for Defendants appeared, but Plaintiff's counsel did not.

      No later than Friday, October 25, 2024, Plaintiff's counsel shall submit a letter advising the Court (1) why he has thus far failed to respond to Defendants' discovery demands, and (2) why he did not attend the conference on October 24, 2024. Failure to do so may result in sanctions pursuant to Federal Rule of Civil Procedure 16(f).

SO ORDERED.

Dated:    October 24, 2024
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge