**OGEN & SEDAGHATI, P.C.**

— Attorneys at Law —
202 EAST 35TH STREET, NEW YORK, NY 10016
TEL: (212) 344-3440 • EFAX: (718) 412-3268 • INFO@OSFIRM.COM

October 27, 2024

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE: Eric Thomas v. J.B. Hunt Transport, Inc. and Sean M. Hairston
Docket No.: 1:24-cv-04584-RA

Dear Judge Abrams:

We represent Plaintiff in the above-captioned matter. I am writing in response to the Court's directive.

I must apologize to the Court and defense counsel as proper procedures were not instituted for calendaring Federal Court cases and monitoring email alerts. This is currently my only Federal Court case and all my other cases are in State Court. I have now taken measures to ensure that this does not occur again and all matters in this case will be properly calendared.

The reason I did not yet respond to the Defendants' requests were an extended trial I was involved in for most of September and into October in Supreme Court Bronx County, and which created a backlog for my work. I have now corrected this situation. The reason I did not appear telephonically on October 24, 2024 (and also the reason for this response being filed today rather than Friday) was, as stated above, due to not instituting proper procedures for calendaring Federal Court cases and monitoring email alerts, which I have also corrected.

I represent that I can respond to the interrogatories and demands within five (5) days and can appear any day for a telephone conference as directed by the Court. I request the Court's indulgence in this matter.

Respectfully yours,

Eitan Alexander Ogen

cc: Weber Gallagher Simpson Stapleton Fires & Newby LLP
(*via ECF*)

---

No later than November 1, 2024, Plaintiff shall submit a letter advising the Court as to whether it has responded to Defendants' interrogatories and discovery demands. Failure to do so may result in sanctions pursuant to Federal Rule of Civil Procedure 16(f).

SO ORDERED.

Hon. Ronnie Abrams
Oct. 28, 2024