UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC THOMAS,<br><br>                    Plaintiff,<br><br>          v.<br><br>J.B. HUNT TRANSPORT, INC. and SEAN M. HAIRSTON,<br><br>                    Defendant. | 24-CV-4584 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On August 19, 2024, the Court issued a Case Management Plan setting a post-fact discovery conference for December 6, 2024 at 2:30 p.m. and requiring the parties to file a joint letter regarding the status of the case no later than one week prior to the conference. To date, the parties have not done so.

The parties shall submit their joint letter no later than December 6, 2024 at 11 a.m. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 5, 2024
             New York, New York

                                                     Ronnie Abrams
                                                   United States District Judge