UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIC THOMAS,

                Plaintiff,

      v.

J.B. HUNT TRANSPORT, INC. and SEAN M. HAIRSTON,

                Defendant.

24-CV-4584 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      As agreed at today's conference, no later than Friday, December 13, 2024, the parties shall file a joint letter stating whether they would like the Court to make a referral to a Magistrate Judge for settlement discussion or to the Southern District's Mediation Program.

SO ORDERED.

Dated:    December 6, 2024
            New York, New York

                                                Hon. Ronnie Abrams
                                                United States District Judge