# OGEN & SEDAGHATI, P.C.

*Attorneys at Law*
202 East 35th Street, New York, NY 10016
Tel: (212) 344-3440 • eFax: (718) 412-3268 • info@osfirm.com

January 6, 2025

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The conference is hereby adjourned to January 16, 2025 at 11:00 a.m.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> January 7, 2025

RE: **Eric Thomas v. J.B. Hunt Transport, Inc. and Sean M. Hairston**
**Docket No.: 1:24-cv-04584-RA**

Dear Judge Abrams:

We represent Plaintiff in the above-captioned matter. I am writing to request a brief adjournment of the telephone conference (originally set for January 9, 2025, and rescheduled by the Court to January 10, 2025 due to the recently set Federal Holiday), as I will be unavailable on January 10, 2025 (I will be on a flight that morning). I respectfully request that the conference be adjourned to January 13, 2025 or the Court's next available date thereafter. Defense counsel has consented to this request as well. Thank you in advance for your consideration.

Respectfully yours,

Eitan Alexander Ogen

cc: Weber Gallagher Simpson Stapleton Fires & Newby LLP
(*via ECF*)