UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC THOMAS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>J.B. HUNT TRANSPORT, INC. and SEAN M. HAIRSTON,<br><br>　　　　　　　　　　Defendant. | 24-CV-4584 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　As discussed at today's conference, Plaintiff has failed to provide his tax returns for the years 2016, 2017, 2018, 2021, 2022, and 2023 to Defendants. Failure to do so (or advise that no tax return was filed for a particular year) by January 30, 2025 may result in sanctions pursuant to Federal Rule of Civil Procedure 37(b), including possible dismissal of this case. Mr. Ogen must show Plaintiff a copy of this Order no later than January 20, 2025.

SO ORDERED.

Dated:　　January 16, 2025
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge