UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIC THOMAS,

                Plaintiff,

        v.

J.B. HUNT TRANSPORT, INC. and SEAN M. HAIRSTON,

                Defendants.

24-CV-4584 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As agreed at today's conference, the parties shall file a letter advising the Court as to the status of the case and of mediation no later than May 2, 2025. The parties are granted an extension of the deposition deadlines until March 13, 2025.

SO ORDERED.

Dated:    February 28, 2025
               New York, New York

                                                                  Hon. Ronnie Abrams
                                                                United States District Judge